```
              IN THE UNITED STATES DISTRICT COURT
              FOR THE WESTERN DISTRICT OF ARKANSAS
                      HOT SPRINGS DIVISION
```

JUDY CASEMENT                                           PLAINTIFF

    V.                    CIVIL NO. 09-6047

BELK, INC.                                              DEFENDANT

### **O R D E R**

Currently before the Court is Plaintiff's Motion for Voluntary Non-Suit (Doc. 16).  Counsel for Defendant advised it had no objection.  Upon due consideration, Plaintiff's Complaint is dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2).  The parties are to bear their own fees and costs.

IT IS SO ORDERED this 23rd day of June 2010.

/s/ Robert T. Dawson
Honorable Robert T. Dawson
United States District Judge

**AO72A**
**(Rev. 8/82)**